

LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                                            FAX 212-964-2926

January 30, 2009

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
*via fax and email*

**Re: United States v. Navas, et al**
08 Cr. 1144

Your Honor:

    I write to request a two day extension to file motions on behalf of Antonio Morel. The motions are due today and I am requesting an extension until February 3, 2009. Telemachus Kasulis, Esq. has no objection to this request and despite the extension, the parties expect to adhere to the balance of the motion schedule.

Respectfully,

Lisa Scolari

SO ORDERED:

Hon. William H. Pauley III
United States District Court
1/30/09

cc:   Telemachus Kasulis, Esq.