UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :      SUPERSEDING
                                                   INDICTMENT
            - v. -                          :
                                                   S1 08 Cr. 1144 (WHP)
JOSE NAVAS, a/k/a "Panama,"                 :
JOSE ALVAREZ,
FAUSTO VELEZ,                               :
ARTURO MOREL,
PEDRO VENTURA,                              :
ANTONIO MOREL, and
EURIS VELEZ,                                :

            Defendants.                     :

- - - - - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1.    From at least in or about April 2008, up to and including in or about November 2008, in the Southern District of New York and elsewhere, JOSE NAVAS, a/k/a "Panama," JOSE ALVAREZ, FAUSTO VELEZ, ARTURO MOREL, PEDRO VENTURA, ANTONIO MORELA, and EURIS VELEZ, the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that JOSE NAVAS, a/k/a "Panama," JOSE ALVAREZ, FAUSTO VELEZ, ARTURO MOREL, PEDRO VENTURA, ANTONIO MORELA, and EURIS VELEZ, the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled

substance, in violation of 21 U.S.C. § 841(a)(1).

3.    The controlled substance involved in the offense was 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(A).

### Overt Acts

4.    In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    On or about November 4, 2008, JOSE NAVAS, a/k/a "Panama," and JOSE ALVAREZ, the defendants, transported approximately 230 kilograms of mixtures and substances containing a detectable amount of cocaine into Bronx, New York.

b.    On or about November 4, 2008, FAUSTO VELEZ, ARTURO MOREL, PEDRO VENTURA, ANTONIO MOREL, and EURIS VELEZ, the defendants, met in the vicinity of a McDonald's restaurant parking lot in Bronx, New York for the purpose of preparing to distribute the cocaine.

(Title 21, United States Code, Section 846.)

### COUNT TWO

The Grand Jury further charges:

5.    On or about November 4, 2008, in the Southern District of New York and elsewhere, JOSE NAVAS, a/k/a "Panama,"

2

JOSE ALVAREZ, and ARTURO MOREL, the defendants, unlawfully, intentionally, and knowingly did distribute, and possess with intent to distribute, a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1), and
   841(b)(1)(A); Title 18, United States Code, Section 2.)

FORFEITURE ALLEGATIONS

6.   As a result of committing the controlled substance offenses alleged in Counts One and Two of this Superseding Indictment, JOSE NAVAS, a/k/a "Panama," JOSE ALVAREZ, FAUSTO VELEZ, ARTURO MOREL, PEDRO VENTURA, ANTONIO MOREL, and EURIS VELEZ, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the narcotics violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the narcotics violations alleged in Counts One and Two of this Superseding Indictment.

7.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

a.   cannot be located upon the exercise of due diligence;

3

b.    has been transferred or sold to, or deposited
      with, a third person;

c.    has been placed beyond the jurisdiction of
      the Court;

d.    has been substantially diminished in value;
      or

e.    has been commingled with other property which
      cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of the

defendants up to the value of the above forfeitable property.

(Title 21, United States Code,
Sections 841(a)(1), 846, and 853.)


FOREPERSON

PREET BHARARA
United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE NAVAS, a/k/a "Panama,"
JOSE ALVAREZ,
FAUSTO VELEZ,
ARTURO MOREL,
PEDRO VENTURA,
ANTONIO MOREL, and
EURIS VELEZ,

Defendants.

**SUPERSEDING INDICTMENT**

S1 08 Cr. 1144 (WHP)

(Title 21, United States Code, Sections 812,
841(a), 841(b)(1)(A), and 846.)

Preet Bharara
United States Attorney.

12/13/10   F/d Superceeding Indictment

Pitman, M. J.
(BHR)